Karl H. MAYER, Plaintiff-Appellant,

v.

DISTEL TOOL AND MACHINE COMPA-
NY, a Domestic Corporation and United
Auto Workers of America, Local 155, De-
fendants-Appellees.

No. 76–1613.

United States Court of Appeals,
Sixth Circuit.

Argued April 21, 1977.

Decided and Filed May 26, 1977.

William D. Haynes, Detroit, Mich., for
plaintiff-appellant.

James C. Bruno, Detroit, Mich., for de-
fendants-appellees.

ORDER.

Before PHILLIPS, Chief Judge, WEICK
and EDWARDS, Circuit Judges.

On receipt and consideration of an appeal
in the above-styled case; and

Noting that the District Judge entered an
order dismissing the cause of action on
grounds of res judicata; and

Noting that summary judgment had pre-
viously been granted in relation to a com-
plaint reciting the same operative facts as
are involved in the instant complaint, but
that appellant argues that his second cause
of action should not be barred because it
involves a different legal theory; and

On inspection of the two complaints, this
court being convinced that the legal theory
now sought to be advanced could have been
advanced as a part of the original complaint
and that the doctrine of res judicata bars
this action, as found by the District Judge,

Now, therefore, the judgment of the Dis-
trict Court is affirmed. *Coogan v. Cincin-
nati Bar Association*, 431 F.2d 1209 (6th Cir.
1970). *See particularly Williamson, Trustee
v. Columbia Gas and Electric Corp.*, 186
F.2d 464, 469–70 (3d Cir. 1950), *cert. denied*,
341 U.S. 921, 71 S.Ct. 743, 95 L.Ed. 1355
(1951).[1]

Entered by order of the Court.

---

1. *Atherton v. Anderson*, 86 F.2d 518 (6th Cir. 1936), does not control this case in view of the significant changes in pleading practice in fed-eral courts since *Atherton* was decided. *See* Federal Rules of Civil Procedure, Rules 7, 10 and 18.